IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

NICHOLAS DANIEL GOOSBY,            )
                                   )
            Petitioner,            )
                                   )
vs.                                )    Case No. CIV-15-157-M
                                   )
ANITA TRAMMELL, Warden,            )
                                   )
            Respondent.            )

## ORDER

On July 17, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be dismissed in its entirety. Petitioner was advised of his right to file an objection to the Report and Recommendation by August 7, 2015. On August 17, 2015, petitioner filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 15] issued by the Magistrate Judge on July 17, 2015;

(2) DISMISSES the Petition for a Writ of Habeas Corpus in its entirety, and

(3) FINDS petitioner's Motion Renewing Request for Counsel [docket no. 19] and petitioner's Motion Requesting Copies of Petition [docket no. 22] are now MOOT.

**IT IS SO ORDERED this 27th day of August, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE